*Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Carlton Fox* for respondent. ▮

No. 1209. WESTPHAL ET AL. *v.* KANSAS CITY LIFE INSURANCE Co.; and

No. 1210. WESTPHAL *v.* KANSAS CITY LIFE INSURANCE Co. June 8, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Arnold C. Otto* for petitioners. *Mr. Bernard V. Brady* for respondent. ▮

No. 1225. MOSKOWITZ *v.* UNITED STATES. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John W. Davis, Bertram S. Nayfack, Russell S. Coutant,* and *A. H. Frisch* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Ellis N. Slack* for the United States. ▮

No. 1205. GUANTANAMO SUGAR Co. *v.* UNITED STATES. June 8, 1942. Petition for writ of certiorari to the Court of Claims denied. *Messrs. David A. Buckley, Jr.* and *Harvey L. Rabbitt* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Samuel E. Blackham,* and *Robert L. Stern* for the United States. ▮

No. 1237. CONCORD COMPANY *v.* WILLCUTS ET AL., EX-ECUTORS. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harry C. Carson* for ·petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Se-*

*wall Key* and *J. Louis Monarch* for respondents.

No. 1247. ALADDIN INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. W. H. F. Millar* and *Egbert Robertson* for petitioner. *Solicitor General Fahy* and *Messrs. Archibald Cox, Robert B. Watts,* and *Ernest A. Gross* for respondent.

No. 1256. ALGOMA NET CO. *v.* NATIONAL LABOR RELATIONS BOARD. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Robert C. Bassett* for petitioner. *Solicitor General Fahy* and *Messrs. Archibald Cox, Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 1180. GRAVER TANK & MANUFACTURING CORP. *v.* NEW ENGLAND TERMINAL CO. May 4, 1942. On petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit. Dismissed per stipulation of counsel. *Messrs. Henry C. Hart* and *Hoyt W. Lark* for petitioner. *Messrs. Charles P. Sisson* and *Wm. A. Gunning* for respondent.

No. 280. JONES *v.* CITY OF OPELIKA. See *ante,* p. 649.